(March 8, 1906.)

C. E. CORKER, Appellant v. W. L. WARD, Respondent.
C. E. CORKER, Appellant, v. S. W. ELLIOTT, Respondent.

[85 Pac. 392.]

APPEALS from the District Court of Fourth Judicial District for Elmore County.  Hon. Lyttleton Price, Judge.

The facts in the above cases are substantially the same as in the case of *Corker v. Pence, ante,* p. 152.

W. C. Howie, for Appellant.

E. M. Wolfe, Perky & Blaine and Morrison & Pence, for Respondents.

SULLIVAN, J.—By stipulation, the above-entitled cases were submitted with the case of *C. E. Corker, Appellant, v. John Pence, Respondent, ante,* p. 152, 85 Pac. 388, and were to abide the decision of this court in that case.  On the authority of that case the judgment of the trial court is affirmed in each of said cases, with costs in favor of the respondents.

Stockslager, C. J., and Ailshie, J., concur.